Maureen Gaughan
PO Box 6729
Chandler, AZ 85246-6729
(480) 899-2036

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In Re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| VEGA, JOSE LUIS | ) | CASE NO. 05-19366-PHX-GBN |
| VEGA, CHRISTINA | ) | |
| | ) | TRUSTEE'S FINAL |
| | ) | REPORT AND PROPOSED |
| | ) | DISTRIBUTION |
| Debtor(s). | ) | |

I, Maureen Gaughan, Trustee of the estate of the above-named debtor(s), respectfully report and represent that:

1. All Assets of the debtor(s) have been reduced to cash, released to the debtor(s) as exempt property, released to secured creditors, abandoned, or will be abandoned as burdensome, Form 1 - Individual Estate Property Record and Report, Form 2 - Cash Receipts and Disbursements Record and Trustee's Proposed Distribution are attached hereto.

2. In addition, the Trustee has reviewed the Statement of Affairs and all other schedules and has determined that there are no additional assets having any value to the estate.

3. A summary of receipts and disbursements as reflected in the attached Form 2 is: Receipts $222,795.60 Disbursements $170,651.99; and the balance on hand $52,143.61; Checking $0.00, Savings $52,143.61, TCD $0.00.

4. A separate Application for Compensation and Reimbursement of Expenses has been filed and that pursuant to §326(a) of the Bankruptcy Code, the approximate maximum fee allowable to the Trustee is $14,389.78. I have received $0.00 of this total as interim compensation, and now request approximately $14,389.78 as my final compensation and an additional $341.92 for reasonable and necessary expenses incurred. Final compensation will be based on the final bank closing balance as funds continue to accrue interest.

I declare under penalty of perjury that the statements contained in the foregoing final account and attached report Forms and Schedules of Trustee are true according to the best of my knowledge, information and belief. I further declare that I have no agreement or understanding, expressed or implied, with anyone whomsoever as to any division of fees in the above matter.

I certify to the Court and the United States Trustee that I have faithfully and properly fulfilled the duties of the office of the trustee, that I have examined all proofs of claims as appropriate under the proposed distribution, and the proposed distribution, attached hereto, is proper, and consistent with the law and rules of court.

Therefore, the trustee requests that the Final Report and Proposed Distribution be accepted.

March 10, 2009
DATE

Maureen Gaughan, Trustee

REVIEW OF UNITED STATES TRUSTEE & AUTHORIZATION TO MAKE DISTRIBUTION

I have reviewed the Trustee's Final Report and Proposed Distribution, and authorize the payment of dividends to creditors after: all creditors and interested parties have been noticed and no objections are timely filed; or if any objections are filed, they have been resolved with a final non-appealable order. If the net proceeds do not exceed $1,500 and each chapter 7 application for compensation or reimbursement of expense does not exceed $1,000, notice to creditors is not required.

ILENE LASHINSKY
UNITED STATES TRUSTEE

Date: 4-21-09

By

Case No. 05-19366-PHX-GBN

TRUSTEE'S PROPOSED DISTRIBUTION

ADMINISTRATIVE EXPENSES:

| APPLICANT | FEES | EXPENSES | TOTAL ALLOWED | AMOUNT TO BE PAID |
|---|---|---|---|---|
| Maureen Gaughan | $14,389.78* | $341.92 | $14,731.70* | $14,638.28* |
| DAVID A. BIRDSELL | $1,268.75 | $93.80 | $1,362.55 | $1,362.55 |
| **Subtotals For Administrative Expenses** | | | | **$16,000.83*** |

CLAIMS:

| TYPE OF CLAIM | CLAIM NO. | CLAIM NAME | AMOUNT OF CLAIM ALLOWED | AMOUNT OF INTEREST | AMOUNT TO BE PAID* |
|---|---|---|---|---|---|
| Priority | 000008 | INTERNAL REVENUE SERVICE | $983.96 | $64.47 | $1,048.43 |
| **Subtotals for Class Priority** | | | | | **$1,048.43** |
| Secured | 000009 | INTERNAL REVENUE SERVICE | $1,185.75 | $0.00 | $1,185.75 |
| **Subtotals for Class Secured** | | | | | **$1,185.75** |
| Unsecured | 000001 | TARGET NTNL BANK (FKA RETAILERS NTN BANK) | $695.21 | $45.55 | $740.76 |
| Unsecured | 000002 | TARGET NTNL BANK (FKA RETAILERS NTN BANK) | $332.64 | $21.79 | $354.43 |
| Unsecured | 000003 | COUNTRY CLUB MEDICAL GROUP | $127.00 | $8.32 | $135.32 |
| Unsecured | 000005 | ZIONS FIRST NATIONAL BANK | $18,091.95 | $1,185.38 | $19,277.33 |
| Unsecured | 000006 | ARROW FINANCIAL SERVICES LLC | $5,878.61 | $385.17 | $6,263.78 |
| Unsecured | 000007 | WEST VERIZON WIRELESS | $1,258.90 | $82.49 | $1,341.39 |
| Unsecured | 000008 | INTERNAL REVENUE SERVICE | $5,439.21 | $356.38 | $5,795.59 |
| **Subtotals for Class Unsecured** | | | | | **$33,908.60** |
| **Total** | | | | | **$52,143.61*** |

*Final distribution will be based on the final bank closing balance as funds continue to accrue interest.

ONLY those claims which may receive a dividend have been listed. The proposed distribution is dependent on the Court's ruling on the allowance of administrative expenses, additional Court costs, remaining contests of claims, additional interest and objections to this proposed distribution.

DATED: 3/11/09

Maureen Gaughan, Trustee
Case No. 05-19366-PHX-GBN

REVIEW OF UNITED STATES TRUSTEE & AUTHORIZATION TO MAKE DISTRIBUTION

I have reviewed the Trustee's Final Report and Proposed Distribution, and authorize the payment of dividends to creditors after: all creditors and interested parties have been noticed and no objections are timely filed; or if any objections are filed, they have been resolved with a final non-appealable order. If the net proceeds do not exceed $1,500 and each chapter 7 application for compensation or reimbursement of expense does not exceed $1,000, notice to creditors is not required.

ILENE LASHINSKY
UNITED STATES TRUSTEE

Date: 04-21-09

By ______________________

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 05-19366-PHX GBN Judge: GEORGE B. NIELSEN
Case Name: VEGA, JOSE LUIS
VEGA, CHRISTINA
For Period Ending: 03/11/09

Trustee Name: Maureen Gaughan
Date Filed (f) or Converted (c): 09/27/05 (f)
341(a) Meeting Date: 11/07/05
Claims Bar Date: 03/13/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. TAX REFUND (u) | 0.00 | 0.00 | | 73.25 | FA |
| 2. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1,222.35 | Unknown |
| 3. CHECKING ACCOUNT | 175.00 | 0.00 | | 0.00 | FA |
| 4. security deposit | 0.00 | Unknown | | 0.00 | FA |
| 5. HOUSEHOLD GOODS | 7,000.00 | Unknown | | 0.00 | FA |
| 6. WEARING APPAREL | 410.00 | Unknown | | 0.00 | FA |
| 7. JEWELRY | 50.00 | Unknown | | 0.00 | FA |
| 8. RETIREMENT PLAN | 20,000.00 | 0.00 | | 0.00 | FA |
| 9. 1994 CHEVROLET SILVERADO | 2,550.00 | Unknown | | 0.00 | FA |
| 10. 2002 FORD EXPLORER | 9,775.00 | Unknown | | 0.00 | FA |
| 11. ANIMAL | 50.00 | Unknown | | 0.00 | FA |
| 12. FRAUDULENT CONVEYANCE REAL PROPERTY (u) | 0.00 | 0.00 | | 221,000.00 | FA |
| 13. POST PETITION RENT (u) | 0.00 | 0.00 | | 500.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $40,010.00 | $0.00 | | $222,795.60 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 11/07/08 Current Projected Date of Final Report (TFR): 11/07/08

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 05-19366-PHX -GBN
Case Name: VEGA, JOSE LUIS
VEGA, CHRISTINA
Taxpayer ID No: *******2693
For Period Ending: 03/11/09

Trustee Name: Maureen Gaughan
Bank Name: Bank of America
Account Number / CD #: *******3782 Money Market - Interest Bearing
Blanket Bond (per case limit): $ 72,435,494.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/11/06 | 1 | UNITED STATES TREASURY | TAX REFUND | 1224-000 | 73.25 | | 73.25 |
| 04/28/06 | 2 | Bank of America | Interest Rate 1.000 | 1270-000 | 0.03 | | 73.28 |
| 05/31/06 | 2 | Bank of America | Interest Rate 1.000 | 1270-000 | 0.07 | | 73.35 |
| 06/30/06 | 2 | Bank of America | Interest Rate 1.000 | 1270-000 | 0.06 | | 73.41 |
| 07/31/06 | 2 | Bank of America | Interest Rate 1.000 | 1270-000 | 0.06 | | 73.47 |
| * 08/02/06 | | WESTLAND TITLE AGENCY | SALE OF REAL ESTATE | 1241-000 | 63,692.62 | | 63,766.09 |
| | | SONIA NAYERI | Memo Amount: 221,000.00<br>SALE OF REAL ESTATE | 1241-000 | | | |
| | | SONIA NAYERI | Memo Amount: 500.00<br>Post petition rent | 1222-000 | | | |
| * 08/07/06 | | WESTLAND TITLE AGENCY | SALE OF REAL ESTATE<br>Correction to wire transfer deposit. | 1241-000 | -63,692.62 | | 73.47 |
| | | SONIA NAYERI | Memo Amount: ( 221,000.00<br>SALE OF REAL ESTAT ) | 1241-000 | | | |
| | | SONIA NAYERI | Memo Amount: ( 500.00<br>Post petition ren ) | 1222-000 | | | |
| 08/07/06 | | WESTLAND TITLE AGENCY | SALE OF REAL ESTATE | | 63,696.62 | | 63,770.09 |
| | 12 | SONIA NAYERI | Memo Amount: 221,000.00<br>SALE OF REAL ESTATE | 1241-000 | | | |
| | 13 | SONIA NAYERI | Memo Amount: 500.00<br>Post petition rent | 1222-000 | | | |
| | | WILSHIRE CREDIT CORPORATION | Memo Amount: ( 142,387.94 )<br>SECURED LIEN | 4110-000 | | | |
| | | ARIZONA DEPARTMENT OF REVENUE | Memo Amount: ( 41.71 )<br>SECURED LIEN | 4700-000 | | | |
| | | MARICOPA COUNTY TREASURER | Memo Amount: ( 543.73 )<br>TAXES | 2820-000 | | | |
| | | REAL ESTATE AGENTS | Memo Amount: ( 13,260.00 )<br>REAL ESTATE COMMISSION | 3510-000 | | | |
| | | | | Page Subtotals | 63,770.09 | 0.00 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 05-19366-PHX -GBN
Case Name: VEGA, JOSE LUIS
VEGA, CHRISTINA
Taxpayer ID No: *******2693
For Period Ending: 03/11/09

Trustee Name: Maureen Gaughan
Bank Name: Bank of America
Account Number / CD #: *******3782 Money Market - Interest Bearing
Blanket Bond (per case limit): $ 72,435,494.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | BOBBY LIEB | Memo Amount: ( 70.00 )<br>LOCKSMITH | 2990-000 | | | |
| | | WESTLAND TITLE | Memo Amount: ( 1,500.00 )<br>SETTLEMENT CHARGES | 2500-000 | | | |
| 08/28/06 | | Transfer to Acct #*******5818 | Bank Funds Transfer | 9999-000 | | 4,958.00 | 58,812.09 |
| 08/31/06 | 2 | Bank of America | Interest Rate 1.300 | 1270-000 | 69.70 | | 58,881.79 |
| 09/12/06 | 000101 | STEVE BROWN & ASSOCIATES, LLC<br>1414 E. INDIAN SCHOOL RD. STE 200<br>Phoenix, Az. 85014 | ATTORNEY EXPENSES PER COURT ORDER | 3220-000 | | 145.69 | 58,736.10 |
| 09/12/06 | 000102 | STEVE BROWN & ASSOCIATES, LLC<br>1414 E. INDIAN SCHOOL RD. STE 200<br>Phoenix, Az. 85014 | ATTORNEY FEES PER COURT ORDER | 3210-000 | | 7,651.50 | 51,084.60 |
| 09/29/06 | 2 | Bank of America | Interest Rate 1.300 | 1270-000 | 58.46 | | 51,143.06 |
| 10/31/06 | 2 | Bank of America | Interest Rate 1.300 | 1270-000 | 56.48 | | 51,199.54 |
| 11/30/06 | 2 | Bank of America | Interest Rate 1.500 | 1270-000 | 55.27 | | 51,254.81 |
| 12/29/06 | 2 | Bank of America | Interest Rate 1.500 | 1270-000 | 65.29 | | 51,320.10 |
| 01/27/07 | 000103 | MAUREEN GAUGHAN<br>PO Box 6729<br>CHANDLER ARIZONA 85246 | BOND EXPENSE PREMIUM | 2200-000 | | 49.26 | 51,270.84 |
| 01/31/07 | 2 | Bank of America | Interest Rate 1.500 | 1270-000 | 65.38 | | 51,336.22 |
| 02/28/07 | 2 | Bank of America | Interest Rate 1.500 | 1270-000 | 59.07 | | 51,395.29 |
| 03/30/07 | 2 | Bank of America | Interest Rate 1.500 | 1270-000 | 65.47 | | 51,460.76 |
| 04/30/07 | 2 | Bank of America | Interest Rate 1.500 | 1270-000 | 63.45 | | 51,524.21 |
| 05/31/07 | 2 | Bank of America | Interest Rate 1.500 | 1270-000 | 65.64 | | 51,589.85 |
| 06/29/07 | 2 | Bank of America | Interest Rate 1.500 | 1270-000 | 63.60 | | 51,653.45 |
| 07/31/07 | 2 | Bank of America | Interest Rate 1.500 | 1270-000 | 65.81 | | 51,719.26 |
| 08/31/07 | 2 | Bank of America | Interest Rate 1.500 | 1270-000 | 65.89 | | 51,785.15 |
| 09/28/07 | 2 | Bank of America | Interest Rate 1.300 | 1270-000 | 58.73 | | 51,843.88 |
| 10/31/07 | 2 | Bank of America | Interest Rate 1.300 | 1270-000 | 57.25 | | 51,901.13 |
| 11/30/07 | 2 | Bank of America | Interest Rate 1.300 | 1270-000 | 55.46 | | 51,956.59 |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 990.95 | 12,804.45 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 05-19366-PHX -GBN
Case Name: VEGA, JOSE LUIS
VEGA, CHRISTINA
Taxpayer ID No: *******2693
For Period Ending: 03/11/09

Trustee Name: Maureen Gaughan
Bank Name: Bank of America
Account Number / CD #: *******3782 Money Market - Interest Bearing

Blanket Bond (per case limit): $ 72,435,494.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/31/07 | 2 | Bank of America | Interest Rate 1.050 | 1270-000 | 50.60 | | 52,007.19 |
| 01/31/08 | 2 | Bank of America | Interest Rate 0.500 | 1270-000 | 43.49 | | 52,050.68 |
| 02/07/08 | 000104 | MAUREEN GAUGHAN<br>PO Box 6729<br>CHANDLER ARIZONA 85246 | BOND EXPENSE PREMIUM | 2200-000 | | 44.16 | 52,006.52 |
| 02/29/08 | 2 | Bank of America | Interest Rate 0.500 | 1270-000 | 20.61 | | 52,027.13 |
| 03/31/08 | 2 | Bank of America | Interest Rate 0.400 | 1270-000 | 20.04 | | 52,047.17 |
| 04/30/08 | 2 | Bank of America | Interest Rate 0.400 | 1270-000 | 17.06 | | 52,064.23 |
| 05/30/08 | 2 | Bank of America | Interest Rate 0.250 | 1270-000 | 11.02 | | 52,075.25 |
| 06/30/08 | 2 | Bank of America | Interest Rate 0.250 | 1270-000 | 10.68 | | 52,085.93 |
| 07/31/08 | 2 | Bank of America | Interest Rate 0.250 | 1270-000 | 11.03 | | 52,096.96 |
| 08/29/08 | 2 | Bank of America | Interest Rate 0.250 | 1270-000 | 11.03 | | 52,107.99 |
| 09/30/08 | 2 | Bank of America | Interest Rate 0.250 | 1270-000 | 10.68 | | 52,118.67 |
| 10/31/08 | 2 | Bank of America | Interest Rate 0.200 | 1270-000 | 9.47 | | 52,128.14 |
| 11/28/08 | 2 | Bank of America | Interest Rate 0.200 | 1270-000 | 8.54 | | 52,136.68 |
| 12/31/08 | 2 | Bank of America | Interest Rate 0.020 | 1270-000 | 5.25 | | 52,141.93 |
| 01/30/09 | 2 | Bank of America | Interest Rate 0.020 | 1270-000 | 0.88 | | 52,142.81 |
| 02/27/09 | 2 | Bank of America | Interest Rate 0.020 | 1270-000 | 0.80 | | 52,143.61 |

| | |
|---|---|
| Memo Allocation Receipts: | 221,500.00 |
| Memo Allocation Disbursements: | 157,803.38 |
| Memo Allocation Net: | 63,696.62 |

| | Deposits ($) | Disbursements ($) | Balance ($) |
|---|---|---|---|
| COLUMN TOTALS | 64,992.22 | 12,848.61 | 52,143.61 |
| Less: Bank Transfers/CD's | 0.00 | 4,958.00 | |
| Subtotal | 64,992.22 | 7,890.61 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 64,992.22 | 7,890.61 | |

| | | |
|---|---|---|
| Page Subtotals | 231.18 | 44.16 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 05-19366-PHX -GBN
Case Name: VEGA, JOSE LUIS
VEGA, CHRISTINA
Taxpayer ID No: *******2693
For Period Ending: 03/11/09

Trustee Name: Maureen Gaughan
Bank Name: Bank of America
Account Number / CD #: *******5818 Checking - Non Interest

Blanket Bond (per case limit): $ 72,435,494.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/28/06 | | Transfer from Acct #*******3782 | Bank Funds Transfer | 9999-000 | 4,958.00 | | 4,958.00 |
| 08/28/06 | 001001 | INTERNAL REVENUE SERVICE | 75-6782693 | 2810-000 | | 1,472.00 | 3,486.00 |
| 08/28/06 | 001002 | INTERNAL REVENUE SERVICE | 20-5424448 | 2810-000 | | 1,472.00 | 2,014.00 |
| 08/28/06 | 001003 | STATE OF ARIZONA | 75-6782693 | 2820-000 | | 1,007.00 | 1,007.00 |
| 08/28/06 | 001004 | STATE OF ARIZONA | 20-5424448 | 2820-000 | | 1,007.00 | 0.00 |

| | |
|---|---|
| Memo Allocation Receipts: | 0.00 |
| Memo Allocation Disbursements: | 0.00 |
| Memo Allocation Net: | 0.00 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 4,958.00 | 4,958.00 | 0.00 |
| Less: Bank Transfers/CD's | 4,958.00 | 0.00 | |
| Subtotal | 0.00 | 4,958.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 4,958.00 | |

| | |
|---|---|
| Total Allocation Receipts: | 221,500.00 |
| Total Allocation Disbursements: | 157,803.38 |
| Total Memo Allocation Net: | 63,696.62 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market - Interest Bearing - ********3782 | 64,992.22 | 7,890.61 | 52,143.61 |
| Checking - Non Interest - ********5818 | 0.00 | 4,958.00 | 0.00 |
| | 64,992.22 | 12,848.61 | 52,143.61 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 4,958.00 4,958.00