Maureen Gaughan
Bankruptcy Trustee
PO Box 6729
Chandler, Arizona 85246

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | § § § | |
| VEGA, JOSE LUIS<br>VEGA, CHRISTINA | § § § § | Case No. 05-19366-PHX GBN |
| Debtor(s) | § | |

### NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Maureen Gaughan, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    Brian D. Karth
    230 N. First Ave.
    Phoenix, AZ 85003

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/14/2009      By: Brian D. Karth
                   CLERK, US BANKRUPTCY COURT

*Maureen Gaughan*
*PO Box 6729, Chandler, AZ 85246-6729*

UST Form 101-7-NFR (9/1/2009) *(Page: 1)*

Case 2:05-bk-19366-GBN  Doc 51  Filed 09/14/09  Entered 09/16/09 22:22:46  Desc
Imaged Certificate of Service  Page 1 of 7

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re: §
§
§
VEGA, JOSE LUIS § Case No. 05-19366-PHX GBN
VEGA, CHRISTINA §
§
§
Debtor(s) §

SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 222,799.84 |
| *and approved disbursements of* | $ | 214,769.29 |
| *leaving a balance on hand of*[1] | $ | 8,030.55 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee:* _____ | $_____ | $_____ |
| *Attorney for trustee:* _____ | $_____ | $_____ |
| *Appraiser:* _____ | $_____ | $_____ |
| *Auctioneer:* _____ | $_____ | $_____ |
| *Accountant:* _____ | $_____ | $_____ |
| *Special Attorney for trustee:* _____ | $_____ | $_____ |
| *Charges:* _____ | $_____ | $_____ |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

|              | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| *Fees:* | _____ | $_____ | $_____ |
| *Other:* | _____ | $_____ | $_____ |
| *Other:* | _____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| *Attorney for debtor:* | _____ | $_____ | $_____ |
| *Attorney for:* | _____ | $_____ | $_____ |
| *Accountant for:* | _____ | $_____ | $_____ |
| *Appraiser for:* | _____ | $_____ | $_____ |
| *Other:* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 26,384.31 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 106.6 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000001* | *Target Ntnl Bank (fka Retailers Ntnl Bank)* | $ 695.21 | $ 0.00 |
| *000002* | *Target Ntnl Bank (fka Retailers Ntnl Bank)* | $ 332.64 | $ 0.00 |
| *000003* | *COUNTRY CLUB MEDICAL GROUP* | $ 127.00 | $ 0.00 |
| *000005* | *Zions First National Bank* | $ 18,091.95 | $ 0.00 |
| *000006* | *Arrow Financial Services LLC* | $ 5,878.61 | $ 0.00 |
| *000007* | *West Verizon Wireless* | $ 1,258.90 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 8,030.55 .

Prepared By: /s/MAUREEN GAUGHAN
MAUREEN GAUGHAN

*Maureen Gaughan*
*PO Box 6729, Chandler, AZ 85246-6729*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0970-2           User: rootk                 Page 1 of 2                Date Rcvd: Sep 14, 2009
Case: 05-19366                 Form ID: pdf001             Total Noticed: 35


The following entities were noticed by first class mail on Sep 16, 2009.
db          +CHRISTINA VEGA,    3943 S CROSSCREEK,    CHANDLER, AZ 85286-2411
db          +JOSE LUIS VEGA,    2413 E JAVALINA AVE,    MESA, AZ 85204-7010
acc         +David A Birdsell, CPA,    216 N. Center,    Mesa, Az 85201-6629
cr          +ZIONS FIRST NATIONAL BANK,    c/o Marvin J. Schenk,    3877 N. 7th St., Suite 240,
              Phoenix, AZ 85014-5075
6286857      ARCADIA FINANCIAL,    BROC HIATT, PRESIDENT,    1819 E. SOUTHERN AVE. #B-10,    MESA AZ 85204-5219
6286858      ARIZONA FEDERAL CREDIT UNION,    RON WESTAD, MANAGER,    P.O. BOX 60070,    PHOENIX AZ 85082-0070
6286859     +AUTUMN CREEK APARTMENTS,    1320 N MCQUEEN RD,    CHANDLER AZ 85225-1419
6643572      Arrow Financial Services LLC,    c/o Becket and Lee, LLP,    P.O. Box 3001,
              Malvern, PA 19355-0701
6286860     +BALOGH BECKER, LTD,    4150 OLSON MEMORIAL HWY, #200,    MINNEAPOLIS MN 55422-4811
6286862      CAMDEN PECOS RANCH,    1175 W PECOS RD,    CHANDLER AZ 85224-5212
6286863     +CITIFINANCIAL AUTO CORP.,    MARY MCDOWELL, PRES.,    250 E. JOHN CARPENTER FWY.,
              IRVING TX 75062-2710
6286864     +COMMERCIAL RECOVERY SYSTEMS,    8035 EAST R.L. THORNTON, SUITE 220,    P.O. BOX 570909,
              DALLAS TX 75357-0909
6286865     +COUNTRY CLUB MEDICAL GROUP,    1950 S. COUNTRY CLUB DR.,    MESA AZ 85210-6008
6286866     +EAST VALLEY DIAGNOSTIC IMAGING, LLC,    STEVEN MAXFIELD, MANAGER,    1125 E. SOUTHERN AVE. #300,
              MESA AZ 85204-5046
6286867      FINGERHUT CREDIT ADVANTAGE,    BRIAN SMITH, PRESIDENT,    4400 BAKER RD.,
              MINNETONKA MN 55343-8684
6649963    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court:   Internal Revenue Service,    P.O. Box 21126,    Philadelphia, PA 19114)
6286869     +JEFFERSON CAPITAL SYSTEMS,    16 MCLELAND RD.,    SAINT CLOUD MN 56303-4725
6286870     +MARVIN J. SCHENK, ESQ.,    3877 N. 7TH STREET, #280,    PHOENIX AZ 85014-5074
6286872     +MESA CITY COURT,    245 W. 2ND ST.,    Mesa AZ 85201-6599
6286873     +MORRIS RECOVERY,    P.O. BOX 29037,    SANTA ANA CA 92799-9037
6286875     +NCO FINANCIAL SYSTEMS, INC.,    MICHAEL BARRIST, PRESIDENT,    507 PRUDENTIAL RD.,
              HORSHAM PA 19044-2308
6286876     +ROSARIO VEGA,    511 N FRESNO ST,    CHANDLER AZ 85225-4672
6596049     +Steve Brown & Associates, LLC,    1414 East Indian School Road, Suite 200,
              Phoenix, AZ 85014-4982
6286877     +TNB - TARGET,    3701 WAYZATA BLVD,    MINNEAPOLIS MN 55416-3401
6286878     +TROJAN PROFESSIONAL SE,    P.O. BOX 1270,    LOS ALAMITOS CA 90720-1270
6286879      TRUELOGIC FINANCIAL CORP,    7100 E BELLEVIEW AVE STE 308,    ENGLEWOOD CO 80111-1634
6620092     +Target Ntnl Bank (fka Retailers Ntnl Bank),    Target,    c/o Weinstein & Riley, P.S.,
              2101 4th Avenue, Suite 900,    Seattle, WA 98121-2339
6286881     +US COLLECTIONS WEST, INC.,    DONALD W. DARNELL, PRESIDENT,    9 E PERSHING,
              PHOENIX AZ 85022-5217
6645002     +West Verizon Wireless,    404 Brock Drive,    Bloomington,il 61701-2654
6286883    ++ZIONS FIRST NATIONAL BANK,    LEGAL SERVICES UT ZB11 0877,    P O BOX 30709,
              SALT LAKE CITY UT 84130-0709
             (address filed with court:   ZIONS FIRST NATIONAL BANK,    A. SCOTT ANDERSON, PRESIDENT,
              1 MAIN ST.,    SALT LAKE CITY UT 84111)
6632598    ++ZIONS FIRST NATIONAL BANK,    LEGAL SERVICES UT ZB11 0877,    P O BOX 30709,
              SALT LAKE CITY UT 84130-0709
             (address filed with court:   Zions First National Bank,    Department 232-K5,    P.O. Box 30709,
              Salt Lake City, UT 84130)
6626194     +ZIONS FIRST NATIONAL BANK,    c/o Marvin J. Schenk,    3877 N. 7th St., Suite 280,
              Phoenix, AZ 85014-5074
The following entities were noticed by electronic transmission on Sep 14, 2009.
6286868     +E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2009 01:25:18      GEMB/THE ROOM SOURCE,
              950 FORRER BLVD,    KETTERING OH 45420-1469
6286880     +E-mail/Text: bankruptcy@truwest.org                            TRUWEST CREDIT UNION,
              C/O DAN DESMOND, PRES. & CEO,    1667 N. PRIEST DRIVE,    TEMPE AZ 85281-1231
6286882     +E-mail/PDF: bankruptcyverizonwireless@afninet.com Sep 15 2009 01:38:46      VERIZON WIRELESS,
              CELLCO PARTNERSHIP, DENNIS STRIGL, PRES,    180 WASHINGTON VALLEY RD.,    BEDMINSTER NJ 07921-2120
                                                                                              TOTAL: 3
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
6286861      BAMSI
6286871      MEDICAL DEBT
6286874      MUSIC HOUSE
cr*        +++Arrow Financial Services LLC,    c/o Becket and Lee, LLP,    P.O. Box 3001,
              Malvern, PA  19355-0701
                                                                                              TOTALS: 3, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 16, 2009**                    **Signature:**        *Joseph Speetjens*