Maureen Gaughan
PO Box 6729
Chandler, AZ 85246-6729
(480) 899-2036

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In Re: | ) | CHAPTER 7 |
| | ) | |
| VEGA, JOSE LUIS | ) | CASE NO. 05-19366-PHX-GBN |
| VEGA, CHRISTINA | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | U.S. BANKRUPTCY COURT |
| Debtor(s). | ) | |

Maureen Gaughan, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 1018 | 10/26/09 | VEGA, JOSE LUIS<br>CHRISTINA VEGA<br>2413 E JAVELINA AVE<br>MESA, AZ 85204-7010 | $8,030.55 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $8,030.55 to the Clerk of Court to be deposited in the Registry thereof.

July 1, 2010                                   /s/ Maureen Gaughan
DATE                                            Maureen Gaughan, Trustee