IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: ) | CHAPTER 7 |
| ) | |
| VEGA, JOSE LUIS ) | CASE NO. 05-19366-PHX-GBN |
| VEGA, CHRISTINA ) | |
| ) | ORDER FOR PAYMENT OF |
| ) | UNCLAIMED FUNDS TO THE |
| ) | U.S. BANKRUPTCY COURT |
| ) | |
| Debtor(s). ) | |

Upon application of the Trustee and good cause appearing,

IT IS ORDERED that the Trustee pay over the amount of $8,030.55 to the Clerk of the Court pursuant to Bankruptcy Rule 3010, and §347 of the Code.

DATED AND SIGNED ABOVE